Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

MAD ENGINE, INC., a California corporation, and SADIK ALBERT AMATO, an individual

vs

THE NEW YORK NETWORKS, INC, a Delaware corporation; NEW YORK NETWORKS, a Nevada corporation; and DAVID WALSH, an individual

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0558 J LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Norman L. Smith, Esq. [SBN 106344]
Edward J. McIntyre, Esq. [SBN 80402]
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101

Telephone: (619) 238-4823
Facsimile: (619) 615-7923

An answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMMERLY

By , Deputy Clerk

MAR 25 2008

DATE