Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

MAD ENGINE, INC., a California corporation, and SADIK ALBERT AMATO, an individual

vs

THE NEW YORK NETWORKS, INC, a Delaware corporation; NEW YORK NETWORKS, a Nevada corporation; and DAVID WALSH, an individual

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0558 J LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Norman L. Smith, Esq. [SBN 106344]
Edward J. McIntyre, Esq. [SBN 80402]
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101

Telephone: (619) 238-4823
Facsimile: (619) 615-7923

An answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. | MAR 25 2008
DATE

K. HAMMERLY

By , Deputy Clerk

Summons in a Civil Action

AO-4405

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

EDWARD J. McINTYRE, ESQ. (SBN 80402)
SOLOMON, WARD, SEIDENWURM & SMITH
401 "B" STREET, SUITE 1200
SAN DIEGO CA 92101
619-231-0303
Attorney for : PLAINTIFF

Ref. No. : 0408958-01
Atty. File No. : 07637.002

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : MAD ENGINE, INC. etc., et al.
DEFENDANT : THE NEW YORK NETWORKS, INC. etc., et al.

Case No.: 08 CV 0558 J LSP
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; FIRST AMENDED COMPLAINT; MINUTE ORDER

3. a. Party served : DAVID WALSH, an individual
   b. Person served : STEPHANIE WALSH, DAUGHTER (COMPETENT MEMBER OF HOUSEHOLD)

4. Address where the party was served 17915 VALLE DE LOBO DRIVE
   POWAY, CA 92064 (Residence)

5. I served the party
   b. **by substituted service.** On May 26, 2008 at 07:40 PM I left the documents listed in item 2 with or in the presence of STEPHANIE WALSH, DAUGHTER, COMPETENT MEMBER OF HOUSEHOLD
      (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (4) a **declaration of mailing** is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: DAVID WALSH, an individual
      under [xx] CCP 416.90 (authorized person)

7. **Person who served papers**
   a. JEREMIAH D. LORHAN
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $35.75
   e. I am:
      (3) a registered California process server
         (i) an employee
         (ii) Registration No. 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 28, 2008

Signature: ______________________
JEREMIAH D. LORHAN

EDWARD J. McINTYRE, ESQ. (SBN 80402)
SOLOMON, WARD, SEIDENWURM & SMITH
401 "B" STREET, SUITE 1200
SAN DIEGO CA 92101
619-231-0303
Attorney for : PLAINTIFF

Ref. No. : 0408958-01
Atty. File No. : 07637.002

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : MAD ENGINE, INC. etc., et al.
DEFENDANT : THE NEW YORK NETWORKS, INC. etc., et al.

Case No.: 08 CV 0558 J LSP
**DECLARATION REGARDING DILIGENCE**

I received the within process on 05/24/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served DAVID WALSH, an individual

Residence : 17915 VALLE DE LOBO DRIVE, POWAY CA 92064

Attempts to effect service are as follows:

| | |
|---|---|
| 05/24/08 03:15P | Attempted service, no answer |
| 05/25/08 11:15A | Attempted service, no answer |
| 05/26/08 07:40P | Attempted service-effected substitute service by serving: STEPHANIE WALSH, Daughter |
| 05/28/08 | Documents mailed to complete service |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 28, 2008

Signature: ______________________
JEREMIAH D. LORHAN

EDWARD J. McINTYRE, ESQ. (SBN 80402)
SOLOMON, WARD, SEIDENWURM & SMITH
401 "B" STREET, SUITE 1200
SAN DIEGO CA 92101
619-231-0303
Attorney for : PLAINTIFF

Ref. No. : 0408958-01
Atty. File No. : 07637.002

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : MAD ENGINE, INC. etc., et al.
DEFENDANT : THE NEW YORK NETWORKS, INC. etc., et al.

Case No.: 08 CV 0558 J LSP
**DECLARATION OF MAILING**

RE: DAVID WALSH, an individual

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On May 28, 2008 I served the within documents:

SUMMONS; COMPLAINT; FIRST AMENDED COMPLAINT; MINUTE ORDER

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

DAVID WALSH, an individual

17915 VALLE DE LOBO DRIVE
POWAY, CA 92064

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 28, 2008 at SAN DIEGO, California.

Signature: Jerelyn M. Nagler
JERELYN M. NAGLER