NORMAN L. SMITH [SBN 106344]
nsmith@swsslaw.com
EDWARD J. MCINTYRE [SBN 80402]
emcintyre@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Mad Engine, Inc., a California corporation, and Sadik Albert Amato, an individual

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MAD ENGINE, INC., a California corporation, and SADIK ALBERT AMATO, an individual,

Plaintiffs,

v.

THE NEW YORK NETWORKS, INC., a Delaware corporation; NEW YORK NETWORKS, a Nevada corporation; and DAVID WALSH, an individual,

Defendant.

CASE NO. 08CV0558 DMS (LSP)

**JOINT MOTION TO EXTEND TIME TO RESPOND AND ORDER**

David Walsh acknowledges and accepts service of the summons, the complaint and the first amended complaint. Mad Engine and David Walsh jointly move for an order that David Walsh shall have an additional 30 days, until July 21, 2008, to respond to the amended complaint, so he can engage counsel.

DATED: June 20 2008

Respectfully submitted,

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Edward J. McIntyre
EDWARD J. MCINTYRE
Attorneys for Mad Engine and Sadik Albert Amato

Dated: June 20, 2008

DAVID WALSH

**ORDER**

Upon the joint motion of the parties and for good cause,

IT IS HEREBY ORDERED AND DECREED that David Walsh shall have until July 21, 2008 to respond to the amended complaint.

IT IS SO ORDERED.

DATED: ______________

DANA M. SABRAW
UNITED STATES DISTRICT JUDGE