NORMAN L. SMITH [SBN 106344]
nsmith@swsslaw.com
EDWARD J. MCINTYRE [SBN 80402]
emcintyre@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Mad Engine, Inc., a California corporation, and Sadik Albert Amato, an individual

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MAD ENGINE, INC., a California corporation, and SADIK ALBERT AMATO, an individual,

Plaintiffs,

v.

THE NEW YORK NETWORKS, INC., a Delaware corporation; NEW YORK NETWORKS, a Nevada corporation; and DAVID WALSH, an individual,

Defendant.

CASE NO. 08CV0558 DMS (LSP)

**SECOND JOINT MOTION TO EXTEND TIME TO RESPOND AND ORDER**

David Walsh, having earlier acknowledged and accepted service of the summons, the complaint and the first amended complaint, and on June 30, 2008 having sought and obtained a 30-day extension of time until July 21, 2008 to engage counsel and respond to the first amended complaint, is still attempting to engage counsel to represent him.

At Mr. Walsh's request, Mad Engine and David Walsh jointly move for another order that David Walsh shall have an additional two weeks, until August, 11, 2008, to answer, but not otherwise respond to, the amended complaint.

DATED: July 28, 2008

Respectfully submitted,

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Edward J. McIntyre
EDWARD J. MCINTYRE
Attorneys for Mad Engine and Sadik Albert Amato

Dated: July 28, 2008

DAVID WALSH

**ORDER**

Upon the joint motion of the parties and for good cause,

IT IS HEREBY ORDERED AND DECREED that David Walsh shall have until August 11, 2008 to answer, but not respond to, the amended complaint.

IT IS SO ORDERED.

DATED: 8-11-08

DANA M. SABRAW
UNITED STATES DISTRICT JUDGE