1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12

MAD ENGINE, INC., a California
corporation, and SADIK ALBERT AMATO,
an individual,

CASE NO. 08cv0558 DMS (WVG)

**AMENDED JUDGMENT**

13

Plaintiffs,

vs.

14
15
16

THE NEW YORK NETWORKS, INC., a
Delaware corporation; NEW YORK
NETWORKS, a Nevada corporation; and
DAVID WALSH, an individual,

17

Defendants.

18      On April 22, 2010, this Court entered judgment in this case in favor of Mad Engine, Inc.

19   ("Mad Engine") and Sadik Albert Amato ("Mr. Amato") and against David Walsh, The New York

20   Networks, Inc., a Delaware corporation ("New York Networks") and New York Networks, a Nevada

21   corporation ("NYN", jointly and severally, as follows:

22   1.      That any and all agreements, in any respect, between David Walsh and/or New York Networks

23   and/or NYN, on the other hand, and Mad Engine and Mr. Amato, on the other hand, have terminated.

24   2.      That Mr. Amato and Mad Engine are entitled to an accounting and restitution of all funds they

25   entrusted to, or paid on behalf of, David Walsh, New York Networks and/or NYN.

26   3.      That neither Mr. Amato nor Mad Engine have any obligation or duties to Walsh, New York

27   Networks and/or NYN.

28   / / /

4.     That Walsh, New York Networks and NYN are jointly and severally liable to Mad Engine and Mr. Amato in the amount of $304,701.22.

The judgment directed Plaintiffs to file and serve their motion for attorneys fees, costs and prejudgment interest on or before May 14, 2010.  Plaintiffs filed their motion on May 14, 2010.  Defendant Walsh filed an opposition to the motion, and Plaintiffs filed a reply.  After reviewing the parties' briefs and the evidence on record herein, the Court amends the April 22, 2010 judgment to include the following additional paragraph:

5.     That Walsh, New York Networks and NYN are jointly and severally liable to Mad Engine and Mr. Amato for attorneys' fees in the amount of $168,485.50, costs in the amount of $2,096.15, and prejudgment interest in the amount of $126,095.36, for a total judgment of $601,378.23.

**IT IS SO ORDERED**.

DATED:  July 7, 2010

_____

HON. DANA M. SABRAW
United States District Judge

08cv0558